IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
    RUSSELL A. BROOKS ) CASE NO. 15-80927
    ALISHA D. BROOKS ) CHAPTER 13
    SSN:xxx-xx-0397    SSN:xxx-xx-9754 )
    DEBTOR(S). )

## MODIFIED PLAN AND SUMMARY, NOTICE OF INCORPORATION OF TERMS OF ORIGINAL PLAN AND STATEMENT OF MATERIAL CHANGES TO TREATMENT OF CLAIMS

Comes now the Trustee and files his __First__ Modified Plan and Summary, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims.

1. The Trustee has attached to his __First__ Modified Plan and the Summary which provides for a term of __60__ months.

2. All terms contained in the Confirmed Plan (except the Summary) as Confirmed by the Court on __November 5, 2015__ (Docket Entry # __31__) are incorporated by reference.

3. Pursuant to 11 U.S.C. §1329(b)(2) the Modified Plan and Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

4. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| Creditor | Collateral | Description of the Change |
|---|---|---|
| American Financial Resources | Pre & Post-petition arrears on home | No payments will be made to creditor |
| Ford Motor Credit | 2006 Ford Escape | No payments will be made to creditor |

5. The distribution to Unsecured creditors changed from __0__% to __49.07__% due to the modifications.

Dated: __March 7, 2016__

**A MODIFIED SUMMARY MUST BE ATTACHED.**

/s/ __William Mark Bonney__

William Mark Bonney, OBA #12221
Chapter 13 Trustee
P.O. Box 1548
Muskogee, OK 74402-2757
918-683-3840/Fax 918-683-3302
Trustee@edok13.com

# Summary of Plan

Russell & Alisha Brooks    Case No. 15-80927    Dated: 3/7/2016

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | Mortgage | American Financial Resources | $118,202.95 | | contract | 6 | 60 | $955.35 | Trustee | 55 | $52,544.25 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Terry Bigby | | | | | | | Trustee | | $2,860.00 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $55,404.25 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 36 | 60 | 1 | 2 | $1,545.00 | Debtor | 2 | $3,090.00 |
| | | 3 | 60 | $1,552.00 | Debtor | 58 | $90,016.00 |
| | | | | $0.00 | Debtor | 1 | $0.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $93,106.00 |
| Trustee Fee (10%) | $9,310.60 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $55,404.25 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $28,391.15 |
| Amount by which plan is not feasible (If positive then plan is feasible). | ($0.00) |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**
Monthly Net Disposable Income: (Form 22C, L. 59)
Disposable Income to Unsecured Creditors Amount (DITUC):   $0.00

Amount available to all Creditors under Chapter 7:
Total Priority Claims:   $0.00
Chapter 7 Test Amount:   $0.00

Greater of Below Median DITUC or Chapter 7 Test Amount:   $0.00
Greater of Above Median DITUC or Chapter 7 Test Amount:   $0.00

Amount Debtor Proposes to Pay to Class IV.C. Claims:   $28,391.15
(Must be more than Greater of DITUC or CH 7 Test)

Amount to Class IV.C. Claims:   $28,391.15

**Estimated Payment to Unsecured Creditors:**
Class IV.C. Claims per Sch. F   $57,858
Claims Relegated to Clas`   $0
Total Class IV.C. (Non-Priority Unsecured) Claims   $57,858
Required Amount to Class IV.C. Claims   $28,391.15
Estimated Percentage to Class IV.C. Claims:   49.07%

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**
Amount paid in months 1 to 36 by Debtor:   $55,858.00
Less Trustee Fee:   $5,585.80
Less payments to Creditors:   $55,404.25
Net to Class IV.C Claims:   $0.00

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:**
**The total amount of the distributions to unsecured claims may increase or decrease depending upon the total trustee fees actually paid and the total regular monthly mortgage payments actually paid.**

Form SP Post-Act 06222010

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.