IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Russell and Alisha Brooks    }    CASE NO. 15-80927
                                    }    CHAPTER 13

## MOTION TO MODIFY PLAN

Comes now Russell and Alisha Brooks, Debtors, and moves to modify their Chapter 13 Plan after confirmation and shows the Court as follows:

1. The Debtor's confirmed plan provides to pay the continuing mortgage, pre-petition arrears and post petition arrears to American Financial Resources, and to pay the secured claim of Ford Motor Credit for a 2006 Ford Escape;

2. The bar date for filing claims was January 6, 2016 and neither American Financial Resources nor Ford Motor Credit filed claims in this case;

3. The Debtors propose to modify the plan to change the payment to Ford Motor Credit and pre-petition and post petition arrears of American Financial Resources;

4. The debtor has also had a change in job which has caused his monthly income to decrease requiring that his plan payment be reduced;

5. As a result of the proposed request to Modify the Plan, the following secured claims will be affected:

| Creditor | Collateral | Description of the Change |
|---|---|---|
| Ford Motor Credit | 2006 Ford Escape | No payment will be made |

| American Fin. Resources | Pre and Post Petition Arrears | No payments will be made |

WHEREFORE, Debtor respectfully moves the Court for an Order for Allowing the Debtors to Modify their Plan Post Confirmation.

                                                Respectfully submitted,
                                                Russell and Alisha Brooks

*/s/ Terry D. Bigby*

By: _____

Terry D. Bigby, OBA 11758
429 S. Muskogee
Tahlequah, OK 74464
918-456-1782
918-456-0467 fax
terry@bigbylaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Russell and Alisha Brooks   }   CASE NO. 15-80927
                                   }   CHAPTER 13

CERTIFICATE OF MAILING

    Terry D. Bigby, attorney for Debtors, does hereby certify that on 5-10-16, true and correct copies of the **Motion to Modify, Notice of Motion and Modified Plan and Summary Notice of Incorporation of Terms of Original Plan And Statement of Material Changes to Treatment of Claims** were mailed by electronic mail or first class mail with proper postage prepaid to all creditors listed on the mailing matrix and all interested parties.

Dated: May 10, 2016

/s/ Terry D. Bigby
_____
Terry D. Bigby, OBA 11758
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
405-543-1412 fax
terry@bigbylaw.com