Local Form 3015-3(A)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Russell and Alisha Brooks   }   CASE NO. 15-80927
                                                            }   CHAPTER 13

DEBTOR(S).

## MODIFIED PLAN AND SUMMARY, NOTICE OF
## INCORPORATION OF TERMS OF ORIGINAL PLAN AND
## STATEMENT OF MATERIAL CHANGES TO TREATMENT OF CLA IMS

Comes now the Debtor(s) and files their First Modified Plan and Summary, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims.

1. The Debtor(s) have attached hereto their First Modified Plan and Summary which provides for a term of 60 months.

2. All terms contained in the Confirmed Plan (except the Summary) as Confirmed by the Court on 8-29-15 (Docket Entry #2) are incorporated by reference.

3. A Motion to Modify the Plan is being filed contemporaneously with this Modified Plan pursuant to the Fed. R. Bankr. P. and this Court's Local Rule 3015-3.

4. Pursuant to 11 U.S.C. §1329(b)(2) the Modified Plan and Summary attached hereto and the terms of the Original Plan (except the Summary) as incorporated herein become the plan.

5. Only the following secured claims have been affected by the modifications contained in the Amended Summary attached:

| Creditor | Collateral | Description of the Change |
|---|---|---|
| Ford Motor Credit | 2006 Ford Escape | to reduce secured claim to 0.00 as no proof of claim was filed |
| American Fin. Resources | Homestead real prop | to reduce arrearage claim to 0.00 as no proof of claim was filed |

6. The distribution to Unsecured creditors remains unchanged at 0.00 % due to the modifications.

Dated: 5-10-16                           /s/ Terry D. Bigby

                                                            _____
Terry D. Bigby, OBA 11758
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
405-543-1412 fax
terry@bigbylaw.com

**A MODIFIED SUMMARY MUST BE ATTACHED TO THIS MODIFIED PLAN.**

Local Form 3015-3(A)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Russell and Alisha Brooks        }        CASE NO. 15-80927
                                        }        CHAPTER 13

CERTIFICATE OF MAILING

    Terry D. Bigby, attorney for Debtors, does hereby certify that on 5-10-16, true and correct copies of the **Modified Plan and Summary Notice of Incorporation of Terms of Original Plan And Statement of Material Changes to Treatment of Claims** were mailed by electronic mail or first class mail with proper postage prepaid to all creditors listed on the mailing matrix and all interested parties.

Dated: May 10, 2016

/s/ Terry D. Bigby
_____
Terry D. Bigby, OBA 11758
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
405-543-1412 fax
terry@bigbylaw.com

# Summary of Plan

Russell and Alisha Brooks    Case No. 15-80927    Dated: 5/5/2016

| Class | Description of Collateral | Creditor | Amount of Secured Claim | Acct. No. | Interest Rate | Beg Mo | End Mo | Monthly Payment | Paid By Trustee/Debtor | Total Mos Paid | Total Amt. Paid by Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I.A. | 2006 Ford Escape | Ford Motor Credit | $ - | | 0.0000% | 1 | 60 | $0.00 | Trustee | 60 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.A. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | homestead | American Financial Resources | $ 118,202.95 | | contract | 1 | 60 | $955.35 | Trustee | 60 | $57,321.00 |
| II.B. | homestead | American Financial Resources | $ - | | 0.0000% | 1 | 60 | $0.00 | Trustee | 60 | $0.00 |
| II.B. | homestead | American Financial Resources | $ - | | 0.0000% | 1 | 60 | $0.00 | Trustee | 60 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | $ - | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.A. | | | | | | | | | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| II.B. | | | | | | | | $0.00 | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| I.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.A. | | | | | | | | | Trustee | 1 | $0.00 |
| III.B. | | | | | | | | | Trustee | 1 | $0.00 |
| III.C. | | | | | | | | | Trustee | 1 | $0.00 |
| IV.A. | Attorney Fees | Terry D. Bigby | | | | | | | Trustee | | $2,860.00 |
| IV.B. | Taxes | IRS | | | | | | | Trustee | | $3,487.70 |
| IV.B. | Taxes | Oklahoma Tax Commission | | | | | | | Trustee | | $564.19 |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| IV.B. | | | | | | | | | Trustee | | |
| Total | | | | | | | | | | | $64,232.89 |

**Class V Executory Contracts:**

There are no other executory contracts.

| Applicable Commitment Period | Plan Term | Beg | End | Mo Pmt | Paid By | # Mos | Amt. Paid |
|---|---|---|---|---|---|---|---|
| 36 | 60 | 1 | 2 | $1,545.00 | Debtor | 2 | $3,090.00 |
| | | 3 | 8 | $1,552.00 | Debtor | 6 | $9,312.00 |
| | | 9 | 60 | $1,135.00 | Debtor | 52 | $59,020.00 |
| | | | | | Debtor | 1 | $0.00 |

| | |
|---|---|
| TOTAL AMOUNT PAID INTO PLAN | $71,422.00 |
| Trustee Fee (10%) | $7,142.20 |
| Total paid to Class I, II, III, IV.A and IV.B. creditors above | $64,232.89 |
| Amount to be paid to Class IV.C. Unsecured Claims: | $0.00 |
| Amount by which plan is not feasible (If positive then plan is feasible). | $46.91 |

*If amount paid to Class IV.C. claims (non-priority unsecured creditors) is zero then actual percent is zero.

**ABOVE MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Monthly Net Disposable Income: (Form 22C, L. 59): | $0.00 |
| Disposable Income to Unsecured Creditors Amount (DITUC): | $0.00 |
| Amount available to all Creditors under Chapter 7: | $250.00 |
| Total Priority Claims: | $4,051.89 |
| Chapter 7 Test Amount: | $0.00 |
| Greater of Below Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Greater of Above Median DITUC or Chapter 7 Test Amount: | $0.00 |
| Amount proposed to Pay to Class IV.C. Claims (In Re Lanning): | |
| (Must be more than Greater of DITUC or CH 7 Test) | |
| Amount to Class IV.C. Claims: | $0.00 |

**Estimated Payment to Unsecured Creditors:**

| | |
|---|---|
| Class IV.C. Claims per Sch. F | $72,345 |
| Claims Relegated to Class IV.C. | $0 |
| Total Class IV.C. (Non-Priority Unsecured) Claims | $72,345 |
| Required Amount to Class IV.C. Claims | $0.00 |
| Estimated Percentage to Class IV.C. Claims: | 0.00% |

**BELOW MEDIAN DISPOSABLE INCOME CALCULATION:**

| | |
|---|---|
| Amount paid in months 1 to 36 by Debtor: | $44,182.00 |
| Less Trustee Fee: | $4,418.20 |
| Less payments to Creditors: | $64,232.89 |
| Net to Class IV.C Claims: | $0.00 |

| Class | Desc. of Collateral | Creditor | Location |
|---|---|---|---|
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |
| I.C. | | | |

The Debtor(s) shall make the following loan repayments to qualified plans and/or direct payments on domestic support obligations.

| Monthly Payment | Creditor |
|---|---|
| | |
| | |
| | |
| | |

**Comments:** Debtors will pay $100.00 per month for rent to own vehicle to Debtor's father for nine month outside the plan.

Form SP Post-Act 07012011(for Plan form 07-01-2011)

As attorney for the Debtor(s) by filing this Summary of Plan I attest that I have reviewed the Summary of Plan and the claims filed to the date stated above and have provided for said claims.