Dated: June 17, 2016

The following is ORDERED:



*Tom R. Cornish*

TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

Russell Ashley Brooks                                  Case No. 15-80927-TRC
Alisha Diane Brooks                                    Chapter 13

        Debtor(s).

ORDER APPROVING MODIFIED PLAN

On the 16th day of June, 2016, the Debtor(s) Motion to Modify Plan (Docket Entry 56) and Modified Plan and Summary ("Plan") filed May 10, 2016, (Docket Entry 58) came before this Court for hearing. An appearance was entered at the hearing by Lonnie Eck on behalf of William M. Bonney, the Chapter 13 Trustee.

After consideration of the Plan and the file, this Court finds:

    1. After proper distribution of the Plan and the Notice of Hearing thereon to creditors, no objections have been filed in opposition to confirmation of said Plan.

    2. The Plan complies with the applicable provisions of 11 U.S.C. Sec. 1322 and Sec. 1325 as necessitated by the United States Bankruptcy Code.

    3. The Debtor(s) Motion to Modify Plan should be granted.

    4. Just cause exists to extend the Plan term to sixty months.

FURTHER, in order to effectively implement the Plan, the Debtor(s) are instructed to comply with 11 U.S.C. Sec. 1326 and Sec. 1327 and the Local Rules of the Court, to-wit:

A. The Debtor(s) shall submit the disposable income provided for in the Plan to the Trustee for distribution to creditors. 11 U.S.C. Sec. 1326(a)(1).

B. The Debtor(s) shall be bound by the terms of the confirmed Plan. 11 U.S.C. Sec. 1327(a).

C. Unless otherwise provided for in the Plan, all property of the estate is vested in the Debtor(s) upon the entry of this Order. 11 U.S.C. Sec. 1327(b).

IT IS THEREFORE ORDERED that the Modified Plan and Summary filed May 10, 2016, is hereby **approved for a term of sixty months.**

IT IS FURTHER ORDERED that the Debtor(s) Motion to Modify Plan is hereby **granted.**

IT IS FURTHER ORDERED that the Debtor(s) shall strictly comply with the implementation instructions herein contained.

cc

###