IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Russell and Alisha Brooks    }    CASE NO. 15-80927
                                    }    CHAPTER 13

MOTION TO MODIFY PLAN

Comes now Russell and Alisha Brooks, Debtors, and moves to modify their Chapter 13 Plan after confirmation and shows the Court as follows:

1. The Debtor's filed this chapter 13 on the 29th day of August 2015 and the chapter 13 plan was confirmed on November 9, 2015;

2. The Debtor's filed a modified chapter 13 plan on the May 10, 2016 and it was confirmed on June 17, 2016;

3. The debtor Russell Brooks has had medical issues and will have to take off work for approximately two months for medical procedures on his heart and will not be receiving sufficient income to pay the plan payments for the months of April and May of 2018;

4. The Debtors propose to modify the plan to change their plan to allow them to skip the plan payments for two months of the plan;

5. As a result of the proposed request to Modify the Plan, the secured claims will not by paid for two months.

WHEREFORE, Debtor respectfully moves the Court for an Order for Allowing the Debtors to Modify their Plan Post Confirmation.

Respectfully submitted,
Russell and Alisha Brooks

*/s/ Terry D. Bigby*
By: _____
Terry D. Bigby, OBA 11758
429 S. Muskogee
Tahlequah, OK 74464
918-456-1782
terry@bigbylaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **IN RE: Russell and Alisha Brooks** | } | **CASE NO. 15-80927** |
| | } | **CHAPTER 13** |

## CERTIFICATE OF MAILING

 Terry D. Bigby, attorney for Debtors, does hereby certify that on 6-5-18, true and correct copies of the Motion to Modify, Notice of Motion and Modified Plan Notice of Incorporation of Terms of Original Plan And Statement of Material Changes to Treatment of Claims were mailed by electronic mail or first class mail with proper postage prepaid to all creditors listed on the mailing matrix and all interested parties.

Dated: June 5, 2018

/s/ Terry D. Bigby
_____
Terry D. Bigby, OBA 11758
429 S. Muskogee Ave.
Tahlequah, OK 74464
918-456-1782
terry@bigbylaw.com