# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: }
    Russell A. Brooks } CASE NO. 15-80927
    Alisha D. Brooks , } CHAPTER 13
        Debtors. }

## OBJECTION TO MOTION TO DISMISS

Comes now Russell and Alisha D. Brooks, Debtor(s), and for their objection to the Motion to Dismiss filed by the Chapter 13 Trustee and shows the Court as follows:

The debtor's have forwarded the requested tax refund of $495.00 to the trustee as he has requested.

WHEREFORE, Debtors respectfully requests that the Court deny the motion to dismiss and for such other relief to which they may be entitled.

                              Respectfully submitted,
                              Russell and Alisha D. Brooks, Debtors

                              */s/ Terry D. Bigby*
By: _____
                              Terry D. Bigby, OBA 11758
                              429 S. Muskogee
                              Tahlequah, OK 74464
                              (918)456-1782
                              terry@bigbylaw.com

# CERTIFICATE OF SERVICE

      I, Terry D. Bigby, do hereby certify that on the 3rd day of April 2019 I mailed a true and correct copy of the above and foregoing Objection to Motion to Dismiss by electronic mail or with proper postage thereon to:

William Mark Bonney
Standing Chapter 13 Trustee
215 State Street, Ste 404
P.O. Box 1548
Muskogee, OK 74402-1548


          */s/ Terry D. Bigby*

          _____

          Terry D. Bigby, OBA 11758
          429 S. Muskogee
          Tahlequah, OK 74464
          (918)456-1782
          terry@bigbylaw.com